**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

      Plaintiff,

v.

LISA P. JACKSON, in her official capacity as Administrator, United States
Environmental Protection Agency,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the **Notice of Lodging Proposed Consent Decree and Joint Motion to Continue Stay of Proceedings for Ninety Days** [#19] filed February 2, 2010.  After careful review of the notice/motion and the file,

      **IT IS ORDERED** as follows:

      1.  That the **Notice of Lodging Proposed Consent Decree and Joint Motion to Continue Stay of Proceedings for Ninety Days** [#19] filed February 2, 2010, is **GRANTED** consistent with the following order;

      2.  That proceedings in this matter are stayed for ninety (90) days.

      Dated:  February 2, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.  Blackburn, United States District Judge for the District of Colorado.