IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

       Plaintiff,

   v.

LISA JACKSON, in her official capacity as Administrator, United States Environmental
Protection Agency,

       Defendant.

---

## ORDER ENTERING AMENDED CONSENT DECREE
## AND CLOSING CASE ADMINISTRATIVELY

**Blackburn, J.**

On consideration of the parties' **Joint Motion for Entry of Consent Decree and
for Administrative Closure** [#22] filed April 29, 2010, and for good cause shown, it is

**ORDERED** as follows:

1. That the Amended Consent Decree [#22-1] is **ENTERED**; and

2. That concerning the matters that are resolved in the parties' separate
Settlement Agreement [#22-2] and that are not resolved in the Amended Consent
Decree [#22-1],the clerk is **DIRECTED** to close this action administratively under
D.C.COLO.LCivR 41.2, subject to reopening for good cause.

Dated May 26, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge