## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

      Plaintiff,

  v.

LISA JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,

      Defendant.

_____

## ORDER
_____

**Blackburn, J.**

The matter is before me on defendant's **Unopposed Motion To Extend The Deadline For EPA's Action on Item Number 5A and Item Number 11 on Exhibit A To the Amended Consent Decree** [#32] filed March 30, 2011. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Unopposed Motion To Extend The Deadline For EPA's Action on Item Number 5A and Item Number 11 on Exhibit A To the Amended Consent Decree** [#32] filed March 30, 2011, is **GRANTED**;

2. That the deadline for EPA final action on Item 5a of Exhibit A to the Amended Consent Decree, regarding Colorado's definition of volatile organic compounds and list of hazardous air pollutants, is extended from March 31, 2011, to and including **June 30, 2011**; and

3. That the deadline for EPA final action on Item Number 11 of Exhibit A to the Amended Consent Decree, regarding Montana's Subchapter 7 permitting, construction and operation of air contaminant sources, is extended from March 31, 2011, to and including **October 31, 2011.**

Dated March 31, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge