# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

    Plaintiff,

v.

LISA JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,

    Defendant.

_____

# ORDER
_____

**Blackburn, J.**

The matter is before me on defendant's **Unopposed Motion To Extend The Deadlines For EPA's Action on Eight Items Under The Amended Consent Decree** [#34][1] filed June 21, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That  defendant's **Unopposed Motion To Extend The Deadlines For EPA's Action on Eight Items Under The Amended Consent Decree** [#34] filed June 21, 2011, is **GRANTED**;

2. That the deadlines for EPA action under the Amended Consent Decree are extended as follows:

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

  a.  The deadline for EPA final action on Item 5 a. to Exhibit A to the Amended Consent Decree, Colorado, "Reg. 3 VOC definition and list of HAPs" is extended from June 30, 2011, to and including **July 15, 2011**;

  b.  The deadline for EPA proposed action on Item 9 to Exhibit A of the Amended Consent Decree, Colorado, "Reg. 1 Revisions to opacity provisions," is extended from June 30, 2011, to and including **July 28, 2011**;

  c.  The deadline for EPA proposed action on Item 10 to Exhibit A to the Amended Consent Decree, Colorado, "Reg. 3 NSR reform, Corrections to 2005 Reg. 3 revisions," is extended from June 30, 2011, to and including **June 28, 2012**, and the deadline for EPA final action on this Item is extended from December 30, 2011, to and including **December 2, 2012**;

  d.  The deadline for EPA proposed action on Item 14, to Exhibit A to the Amended Consent Decree, Montana, "NSR equivalency demo for NSR reform," is extended from June 30, 2011, to and including **April 30, 2013**, and the deadline for the EPA final action on this Item is extended from December 30, 2011, to and including **September 20, 2013**;

  e.  The deadline for EPA proposed action on Item 19 to Exhibit A to the Amended Consent Decree, Montana, "Stack Height Rules - 17.8.401-403 Stack Height Rule revisions," is extended from June 30, 2011, to and including **March 18, 2013**, and the deadline for EPA final action on this item is extended from December 30, 2011, to and including **August 29, 2013**;

  f.  The deadline for EPA final action on Item 7 to Exhibit B to the Amended

Consent Decree, New Mexico "Air Quality Control Act" (more accurately referred to as "Cotton Gin SIP"), is extended from July 7, 2011, to and including **May 31, 2012**; and

      g.  The deadline for EPA proposed action on Items 17 and 18 to Exhibit B to the Amended Consent Decree, Bernalillo County, New Mexico, "Part 2 Fees," consisting of two separate but related SIP submissions, be extended from June 30, 2011, to and including **October 30, 2011**, and the deadline for EPA final action on these Items be extended from December 30, 2011, to and including **May 30, 2012**.

Dated June 24, 2011, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge