## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

      Plaintiff,

v.

LISA JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,

      Defendant.

_____

## ORDER
_____

**Blackburn, J.**

The matter is before me on defendant's **Unopposed Motion To Extend The Deadlines For EPA's Action on Item 10 and Item 12 in Exhibit B To The Amended Consent Decree** [#40][1] filed March 21, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That  defendant's **Unopposed Motion To Extend The Deadlines For EPA's Action on Item 10 and Item 12 in Exhibit B To The Amended Consent Decree** [#40] filed March 21, 2012, is **GRANTED**; and

2. That the deadlines for EPA's actions under the Amended Consent Decree are extended as follows:

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    a.  The deadline for EPA's proposed action on Item 10 in Exhibit B to the Amended Consent Decree, "NM St Pt 72 Construction Permits," is extended from April 1, 2012, to and including **October 1, 2012**;

    b.  The deadline for EPA's final action on Item 10 in Exhibit B to the Amended Consent Decree, "NM St Pt 72 Construction Permits," is extended from October 1, 2012, to and including **March 1, 2013**;

    c.  The deadline for EPA's proposed action on Item 12 in Exhibit B To the Amended Consent Decree, "NM St Pt 72 Construction Permits," is extended from April 1, 2012, to and including **October 1, 2012**; and

    d.  The deadline for EPA's proposed action on Item 12 in Exhibit B to the Amended Consent Decree, "NM St Pt 72 Construction Permits," is extended from October 1, 2012, to and including **March 1, 2013**.

Dated March 21, 2012, at Denver, Colorado.

               **BY THE COURT:**

               *Bob Blackburn*
               Robert E. Blackburn
               United States District Judge