**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

      Plaintiff,

    v.

LISA JACKSON, in her official capacity as Administrator, United States Environmental
Protection Agency,

      Defendant.

_____

**ORDER**
_____

**Blackburn, J.**

The matter is before me on defendant's **Unopposed Motion To Extend The**

**Deadlines For EPA's Proposed Action on Item 10 and Item 12 in Exhibit B To The**

**Amended Consent Decree** [#42][1] filed September 25, 2012.  After reviewing the

motion and the record, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That  defendant's **Unopposed Motion To Extend The Deadlines For EPA's**

**Proposed Action on Item 10 and Item 12 in Exhibit B To The Amended Consent**

**Decree** [#42] filed September 25, 2012, is **GRANTED**;

    2.  That the deadlines for EPA's actions under the Amended Consent Decree are

extended as follows:

---

[1]"[#40]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

a.  The deadline for EPA's proposed action on Item 10 in Exhibit B to the

Amended Consent Decree, "NM St Pt 72 Construction Permits," is extended from

October 1, 2012, to and including **November 13, 2012**; and

b.  The deadline for EPA's proposed action on Item 12 in Exhibit B To the

Amended Consent Decree, "NM St Pt 72 Construction Permits," is extended from

October 1, 2012, to and including **November 13, 2012**.

Dated September 26, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackbum
United States District Judge