**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

      Plaintiff,

v.

ROBERT PERCIASEPE, in his official capacity as Acting Administrator, United States Environmental Protection Agency,

      Defendant.

_____

**ORDER**
_____

**Blackburn, J.**

The matter is before me on defendant's **Unopposed Late-Filed Motion To Extend The Deadlines For EPA's Proposed Actions on Items 21 in Exhibit B to The Amended Consent Decree** [#45][1] filed June 11, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Unopposed Late-Filed Motion To Extend The Deadlines For EPA's Proposed Actions on Items 21 in Exhibit B to The Amended Consent Decree** [#45] filed June 11, 2013, **GRANTED**;

2. That the deadlines for EPA's actions under the Amended Consent Decree are

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

extended as follows:

    a. The deadline for EPA's proposed action on Item 21 in Exhibit B to the Amended Consent Decree, Utah "R307-401, 410, 413 NSR rules," is extended from June 30, 2011, to and including **May 30, 2013**; and

    b. The deadline for EPA's proposed action on Item 21 in Exhibit B To the Amended Consent Decree, Utah "R307-401, 410, 413 NSR rules" is extended from December 30, 2011, to and including **October 31, 2013**.

Dated June 11, 2013, at Denver, Colorado.

**BY THE COURT:**

*[signature]*
Robert E. Blackburn
United States District Judge