**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

      Plaintiff,

  v.

GINA McCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency,

      Defendant.

_____

**ORDER**
_____

**Blackburn, J.**

The matter is before me on defendant's **Unopposed Late-Filed Motion To Extend The Deadline For EPA's Final Action on Item 21 in Exhibit A to The Amended Consent Decree** [#47][1] filed November 20, 2013. After reviewing the motion and the record, I conclude that the motion is unopposed, well taken, and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Unopposed Late-Filed Motion To Extend The Deadline For EPA's Final Action on Item 21 in Exhibit A to The Amended Consent Decree** [#47] filed November 20, 2013, is **GRANTED**;

---

[1] "[#47]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That the deadline for the EPA's final action under Item 21 in Exhibit A to the Amended Consent Decree, Utah "R307-401, 410, 413 NSR rules," is **EXTENDED** from October 31, 2013, to and including **December 5, 2013**.

Dated November 22, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge