**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02148-REB-MJW

WILDEARTH GUARDIANS,

      Plaintiff,

v.

GINA McCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency,

      Defendant.

___

**ORDER**
___

**Blackburn, J.**

The matter is before me on the **Joint Motion to Terminate Consent Decree and To Dismiss** [#51][1] filed June 24, 2014.  The parties report that the United States Environmental Protection Agency has now taken and completed all actions required of it under the Amended Consent Decree and the separate Settlement Agreement resolving this case, and that the Amended Consent Decree may therefore be terminated and the case dismissed.  After reviewing the motion and the record, I conclude that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That under D.C.COLO.LCivR 41.2, this case is **REOPENED**;

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

     2. That the **Joint Motion to Terminate Consent Decree and To Dismiss** [#51] filed June 24, 2014, is **GRANTED**; and

     3. That the Amended Consent Decree in this matter is **TERMINATED** and this case is **DISMISSED WITH PREJUDICE**.

     Dated June 26, 2014, at Denver, Colorado.

                                  **BY THE COURT:**

                                  *Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge